# MEMORANDUM DECISIONS

ATLANTIC TRANSPORT CO. OF WEST VIRGINIA v. IMBROVEK. (Circuit Court of Appeals, Fourth Circuit. February 20, 1912.) No. 1,058. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. Ralph Robinson and Edward Duffy (Nicholas P. Bond, on the brief), for appellant. John E. Semmes, Jr. (John E. Semmes and Jesse N. Bowen, on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and DAYTON, District Judge.

PER CURIAM. We find ourselves in full accord with the views of the court below, on all questions raised by the assignments of error. 190 Fed. 229. Affirmed.

ATLANTIC TRANSPORT CO. OF WEST VIRGINIA v. STATE OF MARYLAND, to Use of SZCZESEK. (Circuit Court of Appeals, Fourth Circuit. February 20, 1912.) No. 1,059. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. Ralph Robinson and Edward Duffy (Nicholas P. Bond, on the brief), for appellant. John E. Semmes, Jr. (John E. Semmes and Jesse N. Bowen, on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and DAYTON, District Judge.

PER CURIAM. We find no error in the record of this cause. We refer to the opinion of the learned judge below, who entered the decree complained of, which fully accords with the views of this court. 190 Fed. 240. Affirmed.

CITY OF ST. AUGUSTINE v. THOMPSON. (Circuit Court of Appeals, Fifth Circuit. March 5, 1912.) No. 2,251. In Error to the Circuit Court of the United States for the Southern District of Florida. E. P. Axtell and C. D. Rinehart, for plaintiff in error. Wm. W. Dewhurst and George C. Bedell (Horatio Bisbee, on the brief), for defendant in error. Before PARDEE and McCORMICK, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. A majority of the judges are of opinion that the assignments of error based upon the six-months limitation found in the charter of the city of St. Augustine are not well taken. All agree that otherwise the case was correctly ruled, and should be affirmed; and it is so ordered.

CLIFTON et al. v. CREIGHTON-McSHANE OIL CO.† (Circuit Court of Appeals, Fifth Circuit. March 19, 1912.) No. 2,171. Appeal from the Circuit Court of the United States for the Eastern District of Texas. H. N. Atkinson, W. D. Gordon, D. F. Rowe, Harris Masterson, and F. B. Stanley, for appellants. Leon Sonfield, Walter J. Crawford, and Stuart R. Smith, for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. A majority of the judges find no reversible error in the rulings of the court below in refusing to grant the writ of injunction prayed for, or in sustaining the demurrers and dismissing the original and amended bills of complaint. The decree appealed from is affirmed.